PORT AUX QUILLES LUMBER CO., INC., Appellant, v. MEIGS PULP WOOD COMPANY, INC., Respondent.— Order modified by striking out provision for oral cross-examination and substituting cross-examination by written cross-interrogatories, on the ground that no necessity for oral cross-examination has been shown, and as so modified affirmed, with ten dollars costs and disbursements to appellant. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

T. LANGLAND THOMPSON, Respondent, v. THE ELECTRIC WELDING COMPANY OF AMERICA, INC., Defendant, Impleaded with WILLIAM SCHENSTROM, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted except as to seventh demand. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of L. HARDING ROGERS, JR., Appellant, for a Writ of Mandamus, v. THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THOMAS MCPARTLAND, Appellant, v. JOHN ROHAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CLEMENT H. BETTS, Respondent, v. PUTNAM A. BATES, Defendant, Impleaded with THE BATES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MORITZ WALTER and Others, as Executors, v. ANNA KUETHE, Otherwise Known as ANNA KUETHE WALTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ANNA M. K. WALTER v. EDWIN J. WALTER, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ANNA M. K. WALTER v. HENRY WALTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

CLARENCE R. WALTER v. ANNA K. WALTER.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of BUILDERS' SUPPLY BUREAU. (JOINT LEGISLATIVE COMMITTEE ON HOUSING.)— Motion to dismiss appeal denied. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of ELIZABETH O'DEA. (JOINT LEGISLATIVE COMMITTEE ON HOUSING.)— Motion to dismiss appeal denied. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.